ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Technologists, Inc. ) ASBCA No. 60183
)
Under Contract No. W912ER-12-C-0017 )

APPEARANCE FOR THE APPELLANT: Ron Gross, Esq.
Deputy General Counsel

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
James D. Stephens, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Middle East
Winchester, VA

ORDER OF DISMISSAL

Pursuant to appellant's 5 June 2017 motion to dismiss the above-captioned appeal, which indicates that the parties have arrived at a mutual resolution which finally resolves the appeal in its entirety, the above-captioned appeal is hereby DISMISSED WITH PREJUDICE.

Dated: 6 June 2017

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60183, Appeal of Technologists, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals